# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS LUIS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>NEIL McDOWELL, Warden,<br><br>　　　　　Respondent. | Case No. CV 14-8617-ODW (JPR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records and files of this case, and the Report and Recommendation of U.S. Magistrate Judge. On March 24, 2016, Petitioner filed objections to the R&R, in which he simply repeats arguments from his earlier filings.

　　　Accordingly, having made a de novo determination of those portions of the R&R to which Petitioner objected, the Court accepts the Magistrate Judge's findings and recommendations. IT THEREFORE IS ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

DATED: April 12, 2016

　　　　　　　　　　　　　　　　　　　　/s/ Otis D. Wright, II
　　　　　　　　　　　　　　　　　　　　OTIS D. WRIGHT, II
　　　　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE