**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

CARLOS LUIS,                              ) Case No. CV 14-8617-ODW (JPR)
                                          )
                    Petitioner,           )
                                          )            **J U D G M E N T**
          v.                              )
                                          )
NEIL McDOWELL, Warden,                    )
                                          )
                    Respondent.           )
_____           )

     Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

     IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: <u>April 12, 2016</u>

_____
OTIS D. WRIGHT, II
U.S. DISTRICT JUDGE